UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Paul Blackmer

v.

Civil No. 14-cv-00535-LM

NH Governor


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 29, 2014.


SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: February 23, 2015

cc:   Paul Blackmer, pro se